FILED
APR - 5 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
APR - 5 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:                                                  ) Case No. LA 06-11150-SB
                                                        )
ROSLYN L. CHAMBERS,                                     )
                                                        ) CHAPTER 11
        Debtor.                                         )
                                                        ) ORDER DISMISSING BANKRUPTCY
                                                        ) CASE
                                                        )
_____)

    The involuntary petition filed to commence this bankruptcy case is not signed by any alleged petitioning creditor or by anyone else. It thus violates Rule 1008 of the Federal Rules of Bankruptcy Procedure, which requires all petitions to be verified or to contain an unsworn declaration as provided in 28 U.S.C. § 1746.

    In consequence, good cause appearing, this bankruptcy case is hereby dismissed.

DATED: April 5, 2006

_____
SAMUEL L. BUFFORD
UNITED STATES BANKRUPTCY JUDGE

1

## CERTIFICATE OF MAILING

I certify that a true copy of this **ORDER DISMISSING BANKRUPTCY CASE** was mailed on ___APR - 5 2006___ to the parties listed below:

U.S. Trustee's Office
725 So. Figueroa St., Suite 2600
Los Angeles, CA 90017

Roslyn L. Chambers
1943 Mount Shasta Drive
San Pedro, CA 90732

Jayson Muhammad
5737 10th Ave.
Los Angeles, CA 90043

Malcolm Chambers
1943 Mt. Shasta Drive
San Pedro, CA 90732

DATED: APR - 5 2006

Betty Pickett
DEPUTY CLERK

2